■ In the Matter of YVONNE STEWARD, Appellant, v CARMELL V. LUCAS, Respondent. [958 NYS2d 630]—Appeal from an order of

the Family Court, Erie County (Kevin M. Carter, J.), entered January 10, 2012 in a proceeding pursuant to Family Court Act article 6. The order granted respondent's motion to dismiss the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court. Present—Scudder, P.J., Centra, Carni, Lindley and Sconiers, JJ.